[No. 15603-6-III.   Division Three.   June 18, 1998.]
THE STATE OF WASHINGTON, *Respondent*, v. BRIAN W. REECE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 92-8-00487-5, Bart Vandegrift, J. Pro Tem., entered April 9, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kato, JJ.

[No. 16478-1-III.   Division Three.   June 18, 1998.]
DAVID A. GEORGE, *Appellant*, v. WASHINGTON TRUST BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00030-9, Ted W. Small, J., entered March 5, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16756-9-III.   Division Three.   June 18, 1998.]
*In the Matter of the Estate of* RAYMOND P. LASZ.

LEONARD W. LASZ, *Appellant*, v. LINDA R. LASZ, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-4-01393-9, Neal Q. Rielly, J., entered June 27, 1997. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 21163-7-II.   Division Two.   June 19, 1998.]
THE STATE OF WASHINGTON, *on the Relation of A.N.C.,* ET AL., *Respondent*, v. ROBERT W. GRENLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-5-01693-0, Vicki L. Hogan, J., entered September 6, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J. Now published at 91 Wn. App. 919.